IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN LaFLAMBOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05 C 4994 |
| | ) | |
| STEVEN LANDEK, et al., | ) | Hon. Amy St. Eve |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

**PLAINTIFF AND DEFENDANTS VILLAGE OF BRIDGEVIEW, LANDEK, CURRY, KAPUT, AND SLOAN'S MOTION FOR ENTRY OF DISMISSAL ORDER PURSUANT TO SETTLEMENT**

NOW COME Plaintiff and Defendants, VILLAGE OF BRIDGEVIEW, STEVEN LANDEK, JOHN CURRY, JOSEPH KAPUT, & FORREST SLOAN, by their attorneys, Moving this Honorable Court to Enter the Attached Order of Dismissal pursuant to their settlement agreement and attached Stipulation of Dismissal.

Dated: February 26, 2009

Respectfully submitted,

Dennis Berkson
Law Offices of Dennis Berkson
180 N. LASALLE ST.
Suite 1925
Chicago, Illinois 60601
(312) 726-1663

Edward J. Burke
Mary Patricia Burns
BURKE BURNS & PINELLI, LTD.
70 W. Madison St., Suite 4300
Chicago, Illinois 60602
(312) 541-8600

Kevin M. Forde
Kevin R. Malloy
KEVIN M. FORDE, LTD
111 W. Washington St., Suite 1100
Chicago, Illinois 60606
(312) 641-1441

Richard J. Prendergast
John C. Ellis
RICHARD J. PRENDERGAST, LTD.
111 W. Washington St., Suite 1100
Chicago, Illinois 60602
(312) 641-0881

**EXHIBIT B**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN LaFLAMBOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05 C 4994 |
| | ) | |
| STEVEN LANDEK, et al., | ) | Hon. Amy St. Eve |
| | ) | |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, John LaFlamboy and Defendants, the Village of Bridgeview, Steven Landek, John Curry, Joseph Kaput and Forrest Sloan (collectively, the "Settling Parties"), by their respective attorneys, hereby state that they have reached a settlement of the claims between them in the above-captioned action and agree to this Stipulation, which shall be become effective and be filed when and as provided in the Settling Parties' settlement agreement. The parties hereby stipulate to dismiss all counts against Landek, Curry, Kaput and Sloan in the above-captioned action, in their entirety, with prejudice and without costs to any party, each party to bear its or his own costs and attorneys' fees.

This cause is to continue as to all other non-settling named defendants.

Respectfully Submitted,

John LaFlamboy

By: *[signature]*
One of His Attorneys

Dennis Berkson
Law Offices of Dennis Berkson
180 N. LASALLE ST.
Suite 1925
Chicago, Illinois 60601
(312) 726-1663

Date: 2/20/09

Respectfully Submitted,

Steven Landek

By: *[signature]*
One of his Attorneys

Kevin M. Forde
Kevin R. Malloy
KEVIN M. FORDE, LTD
111 W. Washington St., Suite 1100
Chicago, Illinois 60606
(312) 641-1441

Date: 2/15/09

Respectfully Submitted,

Village of Bridgeview

By: *[signature]*
One of Its Attorneys

Edward J. Burke
Mary Patricia Burns
BURKE BURNS & PINELLI, LTD.
70 W. Madison St., Suite 4300
Chicago, Illinois 60602
(312) 541-8600

Date: 2/20/09

Respectfully Submitted,

John Curry, Joseph Kaput and
Forrest Sloan

By: 2/15/09
One of Their Attorneys

Richard J. Prendergast
John C. Ellis
RICHARD J. PRENDERGAST, LTD.
111 W. Washington St., Suite 1100
Chicago, Illinois 60602
(312) 641-0881

Date: *[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN LaFLAMBOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05 C 4994 |
| | ) | |
| STEVEN LANDEK, et al., | ) | Hon. Amy St. Eve |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

**<u>ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT</u>**

Upon the motion of Plaintiff and Defendants, Village of Bridgeview, Steven Landek, John Curry, Joseph Kaput and Forrest Sloan, through their respective attorneys, for the entry of an order dismissing with prejudice all counts in the Fourth Amended Complaint against Defendants, Village of Bridgeview, Steven Landek, John Curry, Joseph Kaput and Forrest Sloan,, including Count I (violation of 18 U.S.C. §1962(c)); Count II (violation of 18 U.S.C. §1962(d)); and Count III (violation of 42 U.S.C. §1983).

IT IS HEREBY ORDERED THAT:

All Counts in Plaintiff's Fourth Amended Complaint against Defendants, Village of Bridgeview, Steven Landek, John Curry, Joseph Kaput and Forrest Sloan, including Count I (violation of 18 U.S.C. §1962(c)); Count II (violation of 18 U.S.C. §1962(d)); and Count III (violation of 42 U.S.C. §1983) are dismissed with prejudice, the parties to bear their own costs.

All counts against the other, non-settling, named defendants remain.

ENTER:

_____
Hon. Amy St. Eve

Dated:_____

Order Prepared By:
Dennis Berkson
Law Offices of Dennis Berkson
180 N. LASALLE ST.
Suite 1925
Chicago, Illinois 60601
(312) 726-1663

Kevin M. Forde
Kevin R. Malloy
KEVIN M. FORDE, LTD
111 W. Washington St., Suite 1100
Chicago, Illinois 60606
(312) 641-1441

Edward J. Burke
Mary Patricia Burns
BURKE BURNS & PINELLI, LTD.
70 W. Madison St., Suite 4300
Chicago, Illinois 60602
(312) 541-8600

Richard J. Prendergast
John C. Ellis
RICHARD J. PRENDERGAST, LTD.
111 W. Washington St., Suite 1100
Chicago, Illinois 60602
(312) 641-0881