**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN LaFLAMBOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05 C 4994 |
| | ) | |
| STEVEN LANDEK, et al., | ) | Hon. Amy St. Eve |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT**

Upon the motion of Plaintiff and Defendants, Village of Bridgeview, Steven Landek, John Curry, Joseph Kaput and Forrest Sloan, through their respective attorneys, for the entry of an order dismissing with prejudice all counts in the Fourth Amended Complaint against Defendants, Village of Bridgeview, Steven Landek, John Curry, Joseph Kaput and Forrest Sloan,, including Count I (violation of 18 U.S.C. §1962(c)); Count II (violation of 18 U.S.C. §1962(d)); and Count III (violation of 42 U.S.C. §1983).

IT IS HEREBY ORDERED THAT:

All Counts in Plaintiff's Fourth Amended Complaint against Defendants, Village of Bridgeview, Steven Landek, John Curry, Joseph Kaput and Forrest Sloan, including Count I (violation of 18 U.S.C. §1962(c)); Count II (violation of 18 U.S.C. §1962(d)); and Count III (violation of 42 U.S.C. §1983) are dismissed with prejudice, the parties to bear their own costs.

All counts against the other, non-settling, named defendants remain.

ENTER:

_____
Hon. Amy J. St. Eve

Dated: March 3, 2009

Order Prepared By:

| | |
|---|---|
| Dennis Berkson | Edward J. Burke |
| Law Offices of Dennis Berkson | Mary Patricia Burns |
| 180 N. LASALLE ST. | BURKE BURNS & PINELLI, LTD. |
| Suite 1925 | 70 W. Madison St., Suite 4300 |
| Chicago, Illinois 60601 | Chicago, Illinois 60602 |
| (312) 726-1663 | (312) 541-8600 |
| | |
| Kevin M. Forde | Richard J. Prendergast |
| Kevin R. Malloy | John C. Ellis |
| KEVIN M. FORDE, LTD | RICHARD J. PRENDERGAST, LTD. |
| 111 W. Washington St., Suite 1100 | 111 W. Washington St., Suite 1100 |
| Chicago, Illinois 60606 | Chicago, Illinois 60602 |
| (312) 641-1441 | (312) 641-0881 |