# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

December 28, 2009

|  |  |
|---|---|
| No.: 09-1216 | JOHN LAFLAMBOY, Plaintiff - Appellee<br><br>v.<br><br>VINCENT CAINKAR, Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:05-cv-04994<br>Northern District of Illinois, Eastern Division<br>District Judge Amy J. St. Eve |

Upon consideration of the **MOTION TO DISMISS APPEAL**, filed on December 23, 2009, by counsel for the appellant,

**IT IS ORDERED** that the appeal is **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit